ACCEPTED
03-13-00006-CR
3787186
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 3:48:12 PM
JEFFREY D. KYLE
CLERK



# SCHOON LAW FIRM, P.C.

January 14, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 3:48:12 PM
JEFFREY D. KYLE
7014 1200 0000 8814 1398

Mr. Ernest Rene Luna
TDCJ # 1753759
Connally Unit
899 FM 632
Kenedy, Texas 78119

**Re: Court of Appeals Decision**

Dear Ernest:

I regret to inform you that the court of appeals ruled against us. I am enclosing a copy of the opinion and judgment, which was just issued today.

The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas. The Court of Criminal Appeals is not required to hear appeals, unlike the Third Court of Appeals. The Court of Criminal Appeals has discretionary review authority in criminal cases. Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the Third Court of Appeals pursuant to Texas Rule of Appellate Procedure 68. The date of the opinion was today, January 14, so a PDR would be due to be filed with the Court of Criminal Appeals no later than February 13, 2010. The mailing address is Court of Criminal Appeals P.O. Box 12308, Austin, Texas 78711. I do not feel that our grounds are strong enough to justify the filing of a PDR in your case, but should you feel otherwise, it would be up to you to draft and file the PDR in a timely manner.

Again, I sincerely regret that there was little I could do with your appeal. As I explained to you, we have to find some error in the trial record, and there just wasn't much there to work with. Best of luck to you, Ernest.

Sincerely,

Susan Schoon
Attorney

**200 N. Seguin Avenue**
**New Braunfels, Texas 78130**
**Phone: (830) 627-0044**
**Fax: (830) 620-5657**

**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

KENEDY, TX 78119

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.70 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.70 |

0331

Postmark Here

JAN 1 4 2015

01/14/2015

Sent To
Ernest Rene Luna, TDCJ #1753759

Street, Apt. No.;
or PO Box No. 899 FM 632

City, State, ZIP+4 Kenedy, TX 78119

PS Form 3800, August 2006                    See Reverse for Instructions

7014 1820 0000 0334 1448